IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JERALD ALLEN MARTIN,
:
        Petitioner,
:
    vs.                               Case No. 3:09cv146
:
STATE OF OHIO,               JUDGE WALTER HERBERT RICE
:
        Respondent.

---

DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE (DOC. #3) IN THEIR ENTIRETY; PETITIONER'S OBJECTIONS TO SAID JUDICIAL FILING (DOC. #4) OVERRULED; JUDGMENT TO ENTER IN FAVOR OF RESPONDENT AND AGAINST PETITIONER HEREIN, DENYING PETITION FOR WRIT OF HABEAS CORPUS AS BARRED BY THE APPLICABLE STATUTE OF LIMITATIONS; CERTIFICATE OF APPEALABILITY IS NOT TO ISSUE; ANTICIPATED REQUEST TO APPEAL *IN FORMA PAUPERIS* DENIED; TERMINATION ENTRY

---

Pursuant to the reasoning and citations of authority set forth by the United States Magistrate Judge, in her Report and Recommendations filed April 20, 2009 (Doc. #3), as well as upon a thorough *de novo* review of this Court's file and the applicable law, this Court adopts said Report and Recommendations in their entirety, and overrules the Petitioner's Objections (Doc. #4) thereto.

Regardless of the merits of the Petition, it is clear, without doubt, that said claims are barred by the one-year statute of limitations set forth in the Antiterrorism and Effective Death Penalty Act of 1996.

Given that Petitioner has failed to make a substantial showing of the denial of a constitutional right and that reasonable jurists would not find it debatable as to whether the captioned matter is time barred, this Court denies the Petitioner a Certificate of Appealability. Moreover, given that any appeal from this Court's decision would be <u>objectively</u> frivolous, any requested leave to appeal *in forma pauperis* is denied.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

September 23, 2009

/s/ Walter Herbert Rice
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Jerald Allen Martin, Pro Se Petitioner